UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PAUL SHIRLEY, JR.,

       Plaintiff,

v.                                          C-1-01-603

ROUGH BROTHERS, INC.,

       Defendant.

## ORDER

In support of its motion for summary judgment, defendant has filed proposed findings of fact and conclusions of law (doc. 13) as required by the Court's Order of November 30, 2001 (doc. 6). Plaintiff has not filed with the Court and served with his response to the motion a highlighted copy of defendant's proposed findings of facts and conclusions of law as required by the Order. Accordingly, the Court will accept defendant's proposed findings of fact and conclusions of law as undisputed unless plaintiff files and serves a highlighted version within ten (10) days of the date of this Order. Plaintiff shall deliver a hard copy of the highlighted version to Chambers. The Court will defer ruling on defendant's motion until plaintiff has had an

opportunity to submit a highlighted version.

**IT IS SO ORDERED.**

s/
HERMAN J. WEBER
SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\01-603-hilite.wpd