**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**PAUL SHIRLEY, JR**
    Plaintiff,

-vs-   Case No.  C-1-01-603

**ROUGH BROS., INC**

    Defendants.

## JUDGMENT IN A CIVIL CASE

| | **Jury Verdict.** | This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| X | **Decision by Court.** | This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

THAT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DOC 12] IS **GRANTED** AND JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT ON ALL PLAINTIFF'S CLAIMS.  THIS CASE IS **DISMISSED** AT PLAINTIFF'S COST PURSUANT TO ORDER OF THE COURT [DOC 20].

Date:  September 30, 2003      KENNETH J. MURPHY, JR., CLERK


    By:s/   Paul Hennessey
    Paul Hennessey, Deputy Clerk